RICHARD, APPELLANT, *v.* HILLS, WARDEN, APPELLEE.

[Cite as *Richard v. Hills* (1991), 62 Ohio St.3d 155.]

(No. 90–1496—Submitted September 10, 1991—Decided December 4, 1991.)

*Donald L. Richard, Sr., pro se.*

*Lee I. Fisher,* Attorney General, and *John J. Gideon,* for appellee.

*Per Curiam.* In *In re Petition of Brown* (1990), 49 Ohio St.3d 222, 551 N.E.2d 954, we held that appeal to this court on the question of denial of effective assistance of appellate counsel is an adequate remedy at law, which

precludes issuance of a writ of habeas corpus. Therefore, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.